Keith Bub
P.O. Box 1227
Central Islip, N.Y. 11722

February 10, 2014

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 10 2014 ★

LONG ISLAND OFFICE

Honorable Joseph F. Bianco
United States District Judge
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11722

Re: U.S.D.C. Case No.: 14cv0546(JFB)

U.S. Bankruptcy Court
Case No.: 8-12-08128-reg and 8-11-78278-reg

Dear Honorable Joseph F. Bianco:

I am respectfully requesting a 30 day extension of time in which to file my brief which is due on February 12, 2014 on the above appeal taken in the above-referenced action from an order, judgment or decree of the Bankruptcy Court entered on or after November 13, 2013. I am Pro Se and have contacted all Appellees who have all agreed to the extension of time. I am requesting this extension because the brief is more involved than anticipated as well as a personal matter that will require my traveling out of town any day.

Thank you.

Sincerely,

Keith L. Bub
Pro Se

cc: All parties

RECEIVED

FEB ~ 2014

EDNY PRO SE OFFICE